UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
RENE GRIGGS,

                    Plaintiff,

          -against-                                        08 Civ. 0964 (LAK)

CABLEVISION SYSTEMS CORPORATION,

                    Defendant.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       No amended complaint having been filed, the action is dismissed for lack of subject matter jurisdiction. *See* docket item 2.

       SO ORDERED.

Dated:       February 19, 2008

                                                        Lewis A. Kaplan
                                            United States District Judge

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 2/20/08]