**MEMO ENDORSED**

# LAW OFFICE OF PETER P. TRAUB, ESQ.
107 Grand Street, 4th Floor
New York, New York 10013

Land (212) 966-7442　　　　　　　　　　　　　　　Facsimile (212) 966-7448
Cell 212-228-1199　　　　　　　　　　　　　　　　shihengzhi@gmail.com



February 27, 2008

Honorable Lewis A. Kaplan
United States Court House
500 Pearl Street, Room 1310
New York, New York 10007



Re: Griggs v Cablevision
Index No. 08-CV-964 (LAK)
Our File No. 08-0167

Dear Honorable Sir:

　　Yesterday I received via ECF docket # 4 dismissing the case by reason of the belief that an Amended Complaint in compliance with the order found in docket # 2 had not been complied with in the time frame set forth in said order.

　　On February 13th, 2008, two days before the expiration of the time frame established in the order found in Docket # 2, the undersigned personally filed with the Court the Amended Complaint along with the Affidavit of Service. I enclose a stamped and conformed copy of same for your convenience.

　　We respectfully request the Court withdraw the Order found at docket # 4, or in the alternative, if I am still not in compliance, kindly re-direct compliance so that I may satisfy any of the Court's concerns regarding subject matter jurisdiction.

　　Thank you for your courtesy in this matter.

Respectfully submitted,

PETER P. TRAUB, ESQ.

PPT/mn
Enclosure(s)

CC: Cablevision Systems Corporation

*[Handwritten endorsement:]* This occurred because plaintiff's counsel neglected to file the amended complaint electronically and the Clerk's office did not manually docket it for a week. Nevertheless application granted. Reopen case.

LEWIS A. KAPLAN, USDJ