UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RENE GRIGGS

                Plaintiff,

      -against-

CABLEVISION SYSTEMS CORPORATION

                Defendant.
---------------------------------------------------------------X

Index No.: 08 CV 0964 (LAK)

Defendant's Disclosure Statement
Pursuant to FRCP 7.1

     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cablevision Systems Corporation, by and through its counsel, hereby states that no parent corporation and/or any publicly held corporation owns 10% or more of its stock.

Dated:     March 3, 2008
             Forest Hills, New York

                              Tarshis & Hammerman LLP
                              By: Roberta E. Tarshis, Of Counsel

                              _____
                              Attorneys for Defendant
                              CABLEVISION SYSTEMS CORPORATION
                              118-35 Queens Boulevard
                              Forest Hills, New York 11375
                              (718) 793-5000

To:    Law Offices of Peter P. Traub
        Attorneys for Plaintiff
        107 Grand Street, 4th Floor
        New York, New York 10013
        (212) 966-7442