KAPLAN, 5,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Rose Griggs,

          Plaintiff(s),    08cv964
          v.                08-cv-00964(LAK)
Cablevision Systems Corporation,
          Defendant(s).
------------------------------------x

Consent Scheduling Order

Upon consent of the parties, it is hereby
ORDERED as follows:

1. No additional parties may be joined after 7/15/08.

2. No amendments to the pleadings will be permitted after 8/1/08.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to

   (a) expert witnesses on or before 8/1/08;

   (b) rebuttal expert witnesses on or before 8/22/08.

4. All discovery, including any depositions of experts, shall be completed on or before 9/22/08.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before 9/22/08

6. No motion for summary judgment shall be [illegible] pretrial order. The filing of [illegible] obligation to file the pretrial order [illegible].

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions [illegible] with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: April 8, 2008

                                                    Lewis A. Kaplan
                                                    United States District Judge

CONSENTED TO: [signatures of all counsel]
            [signature] - counsel for Defendant
                                                    4/11/08

RECEIVED APR 11 2008 JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08