UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
RENE GRIGGS

        Plaintiff,

  -against-

CABLEVISION SYSTEMS CORPORATION

        Defendant.
----------------------------------------X

**STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE**

Index No.: 08-CV-964 (LAK)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action, be, and the same hereby is, discontinued, without prejudice, with leave to renew in Supreme Court of the State of New York, New York County, a venue and jurisdiction to which the Defendant consents, and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated: NEW YORK, NEW YORK
May 15, 2008

LAW OFFICES OF PETER P. TRAUB
Attorneys for Plaintiff(s)
RENE GRIGGS
107 Grand Street, 4th Floor
New York, New York 10013
(212) 966-7442

Tarshis & Hammerman
Attorneys for Defendant(s)
CABLEVISION SYSTEMS CORPROATION
118-35 Queens Blvd.
Forest Hills, New York 11375
By: Roberta E. Tarshis

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

U.S.D.J.